**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
Willamette Waterfront Limited Partnership

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLAMETTE WATERFRONT LIMITED PARTNERSHIP**, <br><br> Plaintiff, <br><br> v. <br><br> **THE GOODYEAR TIRE & RUBBER COMPANY**, <br><br> Defendant. | No. 3:21-cv-01701-JR <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Willamette Waterfront Limited Partnership ("WWLP") provides the following corporate disclosure statement:

WWLP is owned by its general partners, Jomadalula Properties, LLC ("Jomadalula") and Coronet Investment Co. ("Coronet"). Jomadalula is, in turn, owned by various individuals, all of whom are citizens of either the State of Oregon or the State of California. Coronet is owned by an individual who is a citizen of the State of California.

1- PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

74909.0006\155004853.2

DATED: December 7, 2021		**PERKINS COIE LLP**

By: /s/ Erick J. Haynie
	**Erick J. Haynie**, OSB No. 982482
	EHaynie@perkinscoie.com
	Telephone: 503.727.2000
	Facsimile: 503.727.2222

Attorneys for Plaintiff
Willamette Waterfront Limited Partnership

2- PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

74909.0006\155004853.2