**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
Willamette Waterfront Limited Partnership

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLAMETTE WATERFRONT LIMITED PARTNERSHIP**,<br><br>        Plaintiff,<br><br>    v.<br><br>**THE GOODYEAR TIRE & RUBBER COMPANY**,<br><br>        Defendant. | No. 3:21-cv-01701-JR<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIM** |

Plaintiff Willamette Waterfront Limited Partnership ("WWLP") hereby answers Defendant's "counterclaim" in this matter, set forth as Paragraph 30 in Defendant's Answer, Affirmative Defenses, and Counterclaim (ECF No. 4). The sole allegation of Defendant's "counterclaim" is to allege a right to recover prevailing party attorney fees in relation to WWLP's claims in this action. WWLP denies that Defendant is entitled to an award of reasonable attorney's fees, costs or "expert fees" in this action.

1- PLAINTIFF'S ANSWER TO COUNTERCLAIM

74909.0006\155010438.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED: December 22, 2021          **PERKINS COIE LLP**

By: */s/ Erick J. Haynie*
   **Erick J. Haynie**, OSB No. 982482
   EHaynie@perkinscoie.com
   1120 N.W. Couch Street, 10th Floor
   Portland, OR 97209-4128
   Telephone: 503.727.2000
   Facsimile: 503.727.2222

Attorneys for Plaintiff
Willamette Waterfront Limited Partnership

2- PLAINTIFF'S ANSWER TO COUNTERCLAIM

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

74909.0006\155010438.1